UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21CR2958-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER RE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| GIOVANA AGUILAR et al., | |
| Defendants. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled in this matter for November 19, 2021, is continued to December 17, 2021 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge