UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GIOVANA AGUILAR (1),<br><br>　　　　　　　Defendant. | CASE NO.:   21-CR-2958-JLS<br><br>**ORDER RE MOTION TO EXTEND SELF-SURRENDER DATE** |

　　For good cause appearing, **it is hereby ordered** that the date for Ms. Aguilar to surrender to her designated institution or to the United States Marshals is extended from January 13, 2023 to **February 17th, 2023**.

　　**It is further ordered** that the Status Hearing re: Self-Surrender and Bond Exoneration shall be continued from January 20, 2023 to February 24, 2023 at 9:00 a.m.

　　**SO ORDERED**.

DATED:  December 2, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge